UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NICHOLAS DUPREE AND DEBORAH
LOGERFO,

PLAINTIFFS

vs.

CITY OF NEW YORK and Bill de Blasio in his
official capacity as Mayor, City of New York;

CITY OF NEW YORK POLICE
DEPARTMENT and James P. O'Neill in his
official capacity as Commissioner, City of New
York Police Department;

COUNTY OF NASSAU, NEW YORK and
Edward P. Mangano in his official capacity as
County Executive, County of Nassau, New York;

NASSAU COUNTY OFFICE OF EMERGENCY
MANAGEMENT and Craig J. Craft, in his
official capacity as Commissioner, Nassau County
Office of Emergency Management;

COUNTY OF SUFFOLK, NEW YORK and
Steven Bellone in his official capacity as County
Executive, County of Suffolk, New York;

SUFFOLK COUNTY OFFICE OF EMERGENCY
MANAGEMENT and Joseph F. Williams in his
official capacity as Commissioner, Suffolk County
Office of Emergency Management;

DEFENDANTS.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 30 2017   ★

LONG ISLAND OFFICE

Civil Action No. 2:17-CV-00010

STIPULATION AND PROPOSED
ORDER RE FILING OF SECOND
AMENDED COMPLAINT
PURSUANT TO F.R.C.P. 15(a)

Plaintiff Deborah LoGerfo and Defendants City of New York, Bill de Blasio in his official capacity as Mayor of the City of New York, City of New York Police Department ("NYPD"), James P. O'Neill in his official capacity as Commissioner, NYPD, County of Nassau, Edward P. Magano in his official capacity as County Executive of the County of Nassau, Nassau County Office of Emergency Management ("Nassau OEM"), Craig J. Craft in his official capacity as Commissioner, Nassau County OEM, County of Suffolk, Steven Bellone in his official capacity as County Executive of the County of Suffolk, Suffolk Office of Emergency Management ("Suffolk OEM"), and Joseph F Williams in his official capacity as Commissioner, Suffolk OEM, hereby consent and stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint on January 3, 2017;

WHEREAS, Plaintiffs filed an Amended Complaint on January 9, 2017;

WHEREAS, due to an administrative error, the Amended Complaint was filed with two non-substantive inaccuracies;

WHEREAS, Plaintiff Dupree died on February 18, 2017;

WHEREAS, Plaintiff Logerfo seeks to file a Second Amended Complaint correcting the two non-substantive inaccuracies and removing Mr. Dupree as a Plaintiff;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a) ,Defendants City of New York, Bill de Blasio in his official capacity, NYPD, James P. O'Neill in his official capacity, County of Nassau, Edward P. Mangano in his official capacity, Nassau OEM, Craig J. Craft in his official capacity, County of Suffolk, Steven Bellone in his official capacity, Suffolk OEM and Joseph F. Williams in his official capacity consent to the filing of the Second Amended Complaint;

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. That Plaintiff Logerfo's Second Amended Complaint shall be the now-operative

   pleading in the above-captioned litigation;

2. That on agreement, Defendants shall have 20 days from the date of the Stipulation in

   which to answer or otherwise respond to the Second Amended Complaint.

**IT IS SO STIPULATED:**

Dated: May 26, 2017
Brooklyn, New York

By: /S/ Sara Liss

ELIZABETH GROSSMAN EG2478

SARA LISS SL4649

DISABILITY RIGHTS NEW YORK
Attorneys for Plaintiffs

25 Chapel Street, Suite 1005
Brooklyn, NY 11201
(518) 432-7861 x 4959 (voice)
(518) 512-3448 (TDD)
(518) 427-6561 (Fax) (not for service).

Dated: 5/12/17

By: _Carolyn Kruk_

CAROLYN KRUK
Senior Counsel
New York City Law Department
ckruk@law.nyc.gov
*Counsel for City of New York , Bill de
Blasio in his official capacity as Mayor,
City of New York, City of New York
Police Department, and James P. O'Neill
in his official capacity as Commissioner,
City of New York Police Department*

Dated: _____

By: _____

Ralph Reisman
Deputy County Attorney
RReissman@nassaucountyny.gov
*Counsel for County of Nassau, Edward P.*
*Mangano in his official capacity as*
*County Executive of the County of Suffolk,*
*County of Nassau Office of Emergency*
*Management, and Craig J. Craft in his*
*official capacity as Commissioner,*
*Nassau County Office of Emergency*
*Management*

Dated: _May 26, 2017_____

By: ___/s/ Susan A. Flynn___

Susan A. Flynn
Bureau Chief, Litigation Bureau
Suffolk County Attorney's Office
Susan.Flynn@suffolkcountyny.gov
*Counsel for County of Suffolk, Steven Bellone in*
*his official capacity as County Executive of*
*County of Suffolk, Suffolk County Office of*
*Emergency Management, and Joseph F.*
*Williams in his official capacity as*
*Commissioner, Suffolk County Office of*
*Emergency Management*

**ORDER**

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2017

S/Joan M. Azrack
_____
Honorable Joan M. Azrack

UNITED STATES DISTRICT JUDGE