www.drny.org  mail@drny.org  800-993-8982

March 10, 2023

The Honorable Lee G. Dunst
United States District Court
100 Federal Plaza
Central Islip, NY 11722

    Re: *LoGerfo v. Nassau County et al*, 17-CV-0010

Dear Judge Dunst:

    Please accept this letter as the Parties' Joint Letter as ordered by the Court on March 8, 2023. Earlier today, the parties met and conferred regarding the status of this matter.

    The Parties are in agreement that this case should proceed toward trial before Judge Azrack as expeditiously as possible, and will work cooperatively with each other toward that end.

    The Parties also discussed settlement during the meet and confer session, and while no agreement was reached there was discussion of potential new avenues of resolution which the Parties agreed to explore. Plaintiff remains willing to discuss settlement of this matter at any point, and pursuant to Your Honor's Individual Rule I(C)(1), will be prepared to discuss the possibility of settlement and the status of discussions at the conference scheduled on March 13, 2023. Plaintiff's counsel will be attending the conference with authority to settle. Defendants' counsel, Deputy County Attorney Ralph J. Reissman, does not have authority to settle, but is in contact with Nassau County Attorney Thomas A. Adams, who holds such authority.

    The Parties jointly report that there are no outstanding issues that require the Court's attention at this time.

    We thank the Court for its attention to this matter.

Sincerely,

Jessica Richwalder
Attorney for Plaintiff


 DRNY has office locations in
Albany | Brooklyn | Rochester

Phone
518-432-7861

TTY
518-512-3448

Fax
518-427-6561