**FILED
CLERK**

11:01 am, May 03, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEBORAH LOGERFO,

Plaintiff,

    -against-

COUNTY OF NASSAU, NEW YORK;
NASSAU COUNTY OFFICE OF
EMERGENCY MANAGEMENT;

Defendants.

2:17-cv-00010 (JMA) (LGD)

**STIPULATION OF SETTLEMENT
AND ORDER TO DISMISS**

    The Court, having duly considered the fully-executed Stipulation of Settlement and Joint Letter Motion requesting court approval of all terms therein, Dkt. Nos. 109, 109-1, hereby orders that this case be dismissed and that this Court retains jurisdiction over any disputes that arise from the Settlement Agreement.

**SO ORDERED:**

Dated: May 3, 2023
Central Islip, New York

/s/ JMA
Joan M. Azrack
United States District Judge