BRUCE A. BLAKEMAN  
County Executive

THOMAS A. ADAMS  
County Attorney



**COUNTY OF NASSAU**  
**OFFICE OF THE COUNTY ATTORNEY**

April 17, 2024

<u>Via ECF</u>  
Hon. Joan M. Azrack  
United States District Court  
100 Federal Plaza  
Central Islip, NY 11722

       Re: Nicholas Dupree/Deborah Logerfo v. City of New York  
       <u>17-CV-0010 (JMA)(LGD)</u>

Your Honor:

  This office represents defendants, County of Nassau and the Nassau County Office of Emergency Management in the above referenced action. This letter is written in response to the Court's order filed April 11, 2024 in which the Court directed:

> ORDER granting <u>123</u> Motion for Reconsideration
> re <u>123</u> MOTION for Reconsideration. The Court grants
> Plaintiff's motion for reconsideration.
>
> 1. Defendants are directed to provide information on the average time between initiation of contact with emergency services and arrival of emergency services, as required by the Stipulation, no later than Wednesday, April 17, 2024.

  **RESPONSE**: On April 12, 2024, in response to my query to the Nassau County Police Department's Communications Office, which is responsible for administering the Text to 911 program, I received the following response from Bureau Director Karen Brohm:

> Ralph, see below. I had already given you that information [in her email message dated March 5, 2024 – see below].. Unless they are looking for specific call types, this is the best we can offer. However again, this is averaging in all call types which may include call types that can be delayed or that are considered low priority. The better values would be from choosing specific call types.

  Referring to Director Brohm's March 5, 2024 email message in which she stated as follows as I provided to the Court in my letter filed March 10, 2024 [DE 122], she stated:

> Ralph,
>
> Rob [Thomas] is handling giving you the numbers for the amount of text to 911 calls we have received.
>
> Please note that because a call was received via text does not mean it warranted a call for service, many of the calls we receive via text do not.
>
> It is a much longer process to try to give you time between initiation of a call and arrival on scene, there are three (3) sets of hands it would need to go through to get those numbers.
>
> These numbers are from the time of the call be entered into the system to time of arrival.
>
> Text calls average response time was 6.4 minutes and on voice calls it was 5.8 minutes.
>
> Please remember this all depends on the type of assignments, where the car is responding from, etc.

In referring to "Rob [Thomas] handling giving you the numbers for the amount of text to 911 calls we have received," I provided the following response from Mr. Thomas in my letter to the Court filed on ECF on March 10, 2024 [DE 122]. Addressing the data reflecting public usage of the text-to 911 system which commenced on September 15, 2023. Mr. Thomas stated::

> For the Period of September 15 2023 (go live date) through December 31, 2023 Nassau received 314,746 calls for service.
>
> During this period Nassau received 434 SMS messages. Approximately 0.14% of the total call volume.
>
> For the period of January 1 2024 through March 5th 2024 Nassau received 167,182 calls for service.
>
> During this period Nassau received 206 SMS messages. Approximately .12% of total call Volume.
>
> Please be aware that SMS messages are internet based and do not provide the same detailed caller information that a traditional 911 networked call provides. The missing information could impact response.

> See the recommendations from the FCC consumer guide regarding text to 911.
>
> Text to 911: What You Need To Know | Federal Communications Commission (fcc.gov). Text-to-911 is the ability to send a text message to reach 911 emergency call takers from your mobile phone or device. However, because voice calls to 911 provide more information to 911 call centers, you should always make a voice call to 911 during an emergency whenever possible.

The foregoing constitutes a complete and accurate response to the first question as directed the Court's April 11, 2024 order.

Turning now to Question No. 2 of the Court's April 11, 2024 order, the Court directed as follows:

> 2. Defendants appear to also remain in non-compliance with the Stipulation's requirement that public service announcements be published on Nassau County's official social media platforms two times a week for 12 weeks. Accordingly, no later than Wednesday, April 17, 2024, Defendants are directed to begin publishing the requisite public service announcements on Nassau County's official social media platforms.

RESPONSE: In an email message I received this morning from Alyssa Lark of Nassau County's Public Information Office, she wrote:

> Hi Ralph,
>
> The text to 911 was posted in English and Spanish on the home page rotator. The direct link is:
>
> **Nassau County, NY - Official Website | Official Website (nassaucountyny.gov)**

By linking to the above internet link, which will be permanently displayed, the viewer will see the screen which is annexed hereto as Exhibit "A." The relevant screen clearly and prominently provides the information, both in both English and Spanish, that the Text to 911 system is up and running, as well as directions for potential users to connect with a Nassau County 911 operator using the Text to 911 system.

3

Ms. Lark further provided the following information: "It was also posted on the Nassau County FACEBOOK in English & Spanish."

By linking to the County's FACEBOOK page, which will be permanently displayed, the viewer will see the screen which is annexed hereto as Exhibit "B." The relevant screen clearly and prominently provides the information, both in both English and Spanish, that the Text to 911 system is up and running, as well as directions for potential users to connect with a Nassau County 911 operator using the Text to 911 system.

The foregoing constitutes a complete and accurate response to the second question as directed in the Court's April 11, 2024 order.

As always, defendants thank Your Honor for your time and attention in this matter.

Respectfully submitted,

/s/ Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc: All counsel of record (via ECF).

**EXHIBIT A**



# WELCOME
## TO NASSAU COUNTY
## BRUCE A. BLAKEMAN, COUNTY EXECUTIVE

Welcome to Nassau County's official website! This resource is designed to provide information about your county government, the many services and recreational programs we offer, and different ways we can provide assistance to the more than 1.4 million residents who live here.

As your County Executive I will continue to work hard to provide the best possible county services, at the lowest possible cost to taxpayers, and make Nassau County a safer place to live, work and play.

Search









**Nassau County Government**
2,799 followers · 3h

In an emergency, dialing 9-1-1 should be the primary method for getting help, but when callers

EXHIBIT B

facebook

Email or phone | Password | Log In

Forgot Account?



# Nassau County Government

2.2K likes • 2.7K followers

**Log in or sign up for Facebook to connect with friends, family and people you know.**

Log In   or   Create new account


