




February 20, 2026

The Honorable Joan M. Azrack
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: *LoGerfo v. County of New York, et al.*, 2:17-CV-0010

Dear Judge Azrack:

      Disability Rights New York (DRNY) is counsel for Plaintiff in the above-captioned matter. I am writing to notify this Court of Defendants' failure to comply with certain terms of the Stipulation of Settlement (Stipulation) that resolved this case, and to request that a pre-motion conference be held to discuss enforcement of the Stipulation. Dkt. 111, ¶ 6.

      By way of brief background, this litigation sought the implementation of text-to-911 services by Defendants in Nassau County, New York, to make 911 emergency services accessible to Plaintiff, an individual with a hearing disability. Following settlement discussion on May 1, 2023, the parties reached an agreement to fully and finally resolve this action. Dkt. 111. The parties communicated with the Court from December 2023 through April 2024, and March 2025 through June 2025 regarding Defendants' previous instances of non-compliance with the Stipulation.

      Pursuant to the settlement agreement, Defendants were required to provide DRNY with statistics and usage data about the system. Dkt. 111, ¶ 5. Text-to-911 became operative in Nassau County on September 14, 2023. Per paragraph 5 of the Stipulation, the Nassau Defendants were required to provide Plaintiff's counsel with statistics and information regarding text-to-911 usage in Nassau County within 120 days from the date text-to-911 services went live, and then again for the next three years on the same date. One hundred twenty days from the date of implementation was January 12, 2024. The third set of usage information was therefore due to DRNY on January 12, 2026. DRNY received no usage information from Defendants.

      As required by the Stipulation, Plaintiff's counsel sent Defendants notice of non-compliance with the Stipulation on January 13, 2026. Defendants did not respond to or acknowledge the notice. On February 5, 2026, Plaintiff's counsel sent Defendants a request to meet and confer in accordance with the Stipulation. Plaintiff's counsel communicated via email with Defendants' counsel, Matthew Rozea, Esq., about scheduling to meet and confer. Ultimately Mr. Rozea stopped responding to Plaintiff's counsel and a meet and confer did not take place within the time allotted by the Stipulation.

       This Court retained jurisdiction over the Stipulation. Dkt. 111, ¶ 7. Plaintiff requests that this Court convene a telephone or video conference among the parties to determine how best to proceed with compelling Defendants' compliance with the Stipulation.

       Plaintiff's counsel would be glad to provide any additional information or documentation. Thank you for your consideration and attention to this request.

Sincerely,



Jessica Richwalder
Counsel for Plaintiff

CC: All parties via ECF

279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144

DRNY has office locations in
Albany | Brooklyn | Rochester

Phone
518-432-7861

Fax
518-427-6561